David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-6516 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Shelia Callaway,<br>　　　　　　　Plaintiffs,<br>　　vs.<br>Pfizer Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Shelia Callaway, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010　　　MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
*Attorneys for Plaintiffs*

-1-

1  DATED: Jan. 12, 2010     DLA PIPER LLP (US)

2
3  By: _____
    Michelle W. Sadowsky
    *Attorneys for Defendants*

4
5
6
7  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

8
9  Dated: FEB 17 2010

10 _____
   Hon. Charles R. Breyer
   United States District Court

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE